**4**

David O. DUVALL, Appellant,

v.

CITY OF MOBERLY, Missouri, et
al., Respondents.

No. WD 41280.

Missouri Court of Appeals,
Western District.

May 23, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 27, 1989.

David O. Duvall, pro se.

Robert J. Krehbiel, Mary Anne Lindsey,
Evans & Dixon, St. Louis, for respondents.

Before TURNAGE, P.J., and CLARK
and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal for declaratory
judgment.

Judgment is affirmed. Rule 84.16(b).